UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HONG,<br><br>                    Plaintiff,<br><br>         v.<br><br>REGION OF WATERLOO, ET AL.,<br><br>                    Defendant(s). | Case No. 8:22-cv-01292-ODW (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Motion to Dismiss, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  The Court has engaged in de novo review of those portions of the Report to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment be entered dismissing this action with prejudice.

Dated:  September 30, 2022

HONORABLE OTIS D. WRIGHT, II
United States District Judge