JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HONG, | Case No. 8:22-cv-01292-ODW (MAR) |
| Plaintiff, | |
| v. | JUDGMENT |
| REGION OF WATERLOO, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: September 30, 2022

HONORABLE OTIS D. WRIGHT, II
United States District Judge